COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  | § |  |
|---|---|---|
| IN RE: | § | No. 08-18-00123-CV |
| JOAQUIN EFREN MACIAS, | § | AN ORIGINAL PROCEEDING |
| RELATOR. | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

## MEMORANDUM OPINION

Relator, Joaquin Efren Macias, has filed a mandamus petition against the Honorable Gonzalo Garcia, Judge of the 210th District Court of El Paso County, Texas. He asks the Court to order Respondent to set aside an order denying Relator's motion for continuance and to grant the continuance. Relator has also filed a motion to stay the underlying proceedings. The petition for writ of mandamus and the motion to stay are denied.

Generally, mandamus relief is appropriate only to correct a clear abuse of discretion or to compel the performance of a ministerial duty, and where the relator has no adequate remedy by appeal. *In re Reece*, 341 S.W.3d 360, 364 (Tex. 2011)(orig. proceeding); *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135-36 (Tex. 2004)(orig. proceeding). The burden is on relator to show it is entitled to mandamus relief. *See In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex. 2005)(orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex.

1992)(orig. proceeding). After reviewing the mandamus record and the petition, we conclude that Relator has failed to establish he is entitled to mandamus relief. Accordingly, we deny the motion to stay and the mandamus petition.

July 18, 2018

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.